IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE DYKINS,

     Plaintiff

-VS-

                      CASE NO.: 6:14-CV-0741-ORL-37-GJK

NAVIENT SOLUTIONS, INC.
f/k/a SALLIE MAE, INC.,

     Defendant.
_____/

## COMPLAINT

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA") and violation of the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq. ("FCCPA").

## JURISDICTION AND VENUE

2.    Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

3.    The alleged violations described in the Complaint occurred in Seminole County, Florida.

## FACTUAL ALLEGATIONS

4.    Plaintiff is a natural person, and citizen of the State of Florida, residing in Seminole County, Florida.

5.    Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

6.    Defendant, NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC. (hereinafter "SALLIE MAE, INC."), is a corporation which was formed in Delaware with its principal place

of business at 2001 Edmund Halley Dr., Reston, VA 20191 and conducting business in the state of Florida through its registered agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

7.     On information and belief, the telephone calls were placed using automated telephone dialing equipment, without human intervention

8.     Each call SALLIE MAE, INC made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

9.     Each call SALLIE MAE, INC made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

10.    On or about April, 2012, Plaintiff began to receive a bombardment of calls to her cellular telephone from SALLIE MAE, INC.

11.    Due to such a high call volume, Plaintiff was not able to properly catalogue and keep track of every call she received to her cellular telephone from SALLIE MAE, INC., however, listed below is a sampling of the call volume Plaintiff received which she was able to catalogue:

     i.     April 17, 2012 at 12:50 pm and 3:04 pm

     ii.     April 18, 2012 at 3:36 pm, 5:35 pm and 7:21 pm

     iii.     April 19, 2012 at 11:57 am, 1:52 pm, 3:09 pm

     iv.     April 20, 2012 at 10:51 am, 2:04 pm, 3:07 pm, 4:15 pm, 6:50 pm and 8:18 pm

     v.     April 21, 2012 at 8:07 am, 10:20 am and 4:51 pm

     vi.     April 23, 2012 at 3:20 pm, 5:14 pm, 6:42 pm and 8:10 pm

     vii.     April 24, 2012 at 1:51 pm and 3:08 pm

viii.   April 25, 2012 at 3:15 pm, 5:50 pm and 7:09 pm

ix.    April 26, 2012 at 12:00 pm, 1:19 pm and 3:08 pm

x.     April 27, 2012 at 8:09 am, 9:52 am, 11:25 am and 3:05 pm

xi.    April 28, 2012 at 8:03 am, 10:14 am, 11:21 am and 5:54 pm

xii.   April 29, 2012 at 7:08 pm

xiii.  April 30, 2012 at 8:16 am and 9:56 am

xiv.   May 1, 2012 at 12:21 pm, 3:02 pm,  6:26 pm and 8:16 pm

xv.    May 2, 2012 at 11:20 am, 12:41 pm, 4:35 pm, 6:12 pm and 8:19 pm

xvi.   May 3, 2012 at 8:44 am, 12:05 pm, 2:16 pm, 6:04 pm and 8:11 pm

xvii.  May 4, 2012 at 11:40 am and 1:06 pm

xviii. May 8, 2012 at 4:45 pm and 6:10 pm

xix.   May 9, 2012 at 8:35 am, 10:40 am, 12:30 pm and 8:17 pm

xx.    May 10, 2012 at 8:29 am, 12:04 pm and 2:09 pm

xxi.   May 11, 2012 at 9:29 am, 11:14 am, 1:16 pm and 5:15 pm

xxii.  May 12, 2012 at 8:51 am, 9:59 am and 8:28 pm

xxiii. May 14, 2012 at 8:59 am and 10:26 am

xxiv.  May 15, 2012 at 5:53 pm and 7:46 pm

xxv.   May 16, 2012 at 8:38 am, 12:53 pm, 4:05 pm and 6:12 pm

xxvi.  May 17, 2012 at 8:29 am, 2:14 pm, 4:23 pm, 6:08 pm, 7:13 pm and 8:16 pm

xxvii. May 18, 2012 at 9:26 am, 11:14 am, 1:17 pm, 2:50 pm and 5:38 pm

xxviii. May 19, 2012 at 8:43 am

xxix.  May 21, 2012 at 3:41 pm, 5:06 pm, 7:04 pm and 8:38 pm

xxx.   May 22, 2012 at 3:24 pm, 4:33 pm, 6:38 pm and 8:05 pm

xxxi.    May 23, 2012 at 8:35 am, 9:553 am, 12:11 pm and 8:08 pm

xxxii.    May 24, 2012 at 1:26 pm, 3:03 pm, 4:17 pm, 6:34 pm and 8:09 pm

xxxiii.    May 25, 2012 at 9:21 am, 11:17 am, 1:42 pm, 3:10 pm and 6:32 pm

xxxiv.    May 26, 2012 at 8:47 am, 10:37 am and 8:34 pm

xxxv.    May 28, 2012 at 8:26 am, 9:51 am, 11:35 am and 8:43 pm

xxxvi.    May 29, 2012 at 3:01 pm, 4:28 pm, 6:22 pm and 7:32 pm

xxxvii.    May 30, 2012 at 8:34 am, 9:52 am, 12:28 pm and 8:13 pm

xxxviii.    May 31, 2012 at 10:19 am, 11:54 am and 1:37 pm

xxxix.    June 1, 2012 at 12:59 pm, 2:16 pm, 6:48 pm and 7:51 pm

xl.    June 2, 2012 at 8:24 am, 9:52 am and 8:46 pm

xli.    June 4, 2012 at 8:12 am, 10:18 am, 12:51 pm, 2:18 pm, 3:24 pm, 5:25 pm and 8:18 pm

xlii.    June 5, 2012 at 8:15 am, 12:24 pm, 1:247 pm, 3:42 pm, 5:23 pm, 6:39 pm and 8:09 pm

xliii.    June 6, 2012 at 8:34 am, 12:43 pm, 4:03 pm, 6:38 pm and 8:15 pm

xliv.    June 7, 2012 at 9:00 am, 12:44 pm, 5:17 pm and 8:21 pm

xlv.    June 8, 2012 at 3:45 pm

xlvi.    June 9, 2012 at 8:20 am, 10:07 am and 11:24 am

xlvii.    June 10, 2012 at 8:24 pm

xlviii.    June 11, 2012 at 8:19 am, 3:25 pm and 8:17 pm

xlix.    June 12, 2012 at 8:12 am, 8:47 am, 12:13 pm, 1:25 pm, 3:37 pm, 6:15 pm and 8:13 pm

l.    June 13, 2012 at 8:18 am, 12:30 pm, 3:32 pm and 8:14 pm

li.    June 14, 2012 at 12:09 pm, 2:11 pm, 4:02 pm7:40 pm and 8:49 pm

lii.   June 15, 2012 at 8:21 am, 9:31 am, 12:02 pm, 1:40 pm, 2:55 pm, 5:08 pm and 6:26 pm

liii.  June 16, 2012 at 8:35 am, 8:39 am and 8:14 pm

liv.   June 17, 2012 at 8:25 pm

lv.    June 18, 2012 at 8:10 am, 9:59 am, 12:581 pm, 2:08 pm, 3:23 pm, 4:50 pm and 8:13 pm

lvi.   June 19, 2012 at 8:47 am, 11:44 am, 1:36 pm and 4:14 pm

lvii.  June 20, 2012 at 8:24 am, 9:47 am, 11:48 am, 1:05 pm, 3:47 pm, 5:22 pm and 7:05 pm

lviii. June 21, 2012 at 12:09 pm, 1:41 pm, 2:30 pm, 3:09 pm, 5:00 pm, 7:15 pm and 8:53 pm

lix.   June 22, 2012 at 8:15 am, 9:25 am, 10:59 am, 2:44 pm and 7:18 pm

lx.    June 23, 2012 at 8:19 am, 10:22 am, 11:33 am and 8:02 pm

lxi.   June 24, 2012 at 8:14 pm

lxii.  June 25, 2012 at 8:11 am, 2:22 pm, 3:37 pm, 4::49 pm and 6:44 pm

lxiii. June 26, 2012 at 8:50 am, 1:32 pm, 2:59 pm, 4:10 pm, 7:02 pm, 8:32 pm and 8:35 pm

lxiv.  June 27, 2012 at 8:22 am, 9:47 am, 11:42 am, 1:27 pm, 3:34 pm, 4:47 pm and 7:49 pm

lxv.   June 28, 2012 at 8:15 am, 12:07 pm, 1:25 pm, 3:09 pm, 7:28 pm and 8:37 pm

lxvi.  June 29, 2012 at 8:16 am, 2:47 pm, 5:36 pm and 7:19 pm

lxvii. June 30, 2012 at 8:16 am, 9:54 am, 11:16 am and 1:02 pm

lxviii.  July 2, 2012 at 5:20 pm, 6:30 pm and 8:21 pm

lxix.  July 3, 2012 at 12:27 pm, 1:58 pm, 4:23 pm and 5:47 pm

lxx.  July 4, 2012 at 9:34 am, 11:46 am and 8:18 pm

lxxi.  July 5, 2012 at8:47 am, 11:37 am, 1:32 pm, 5:46 pm and 7:45 pm

lxxii.  July 6, 2012 at 10:00 a, 1:51 pm, 7:15 pm and 8:37 pm

lxxiii.  July 7, 2012 at8:48 am, 10:48 am and 11:49 am

lxxiv.  July 8, 2012 at 10:10 am

lxxv.  July 9, 2012 at 8:42 am, 3:22 pm, 5:17 pm, 6:42 pm and 8:09 pm

lxxvi.  July 10, 2012 at 12:40 pm and 6:35 pm

lxxvii.  July 11, 2012 at 8:42 am, 12:18 pm, 2:26 pm and 5:19 pm

lxxviii.  July 12, 2012 at 11:28 am, 12:44 pm, 2:33 pm, 5:25 pm and 7:39 pm

lxxix.  July 13, 2012 at 10:16 am, 11:57 am, 1:33 pm, 3:11 pm, 4:41 pm and 6:19 pm

lxxx.  July 14, 2012 at 8:13 am, 9:19 am and 11:29 am

lxxxi.  July 16, 2012 at 12:57 pm, 2:07 pm, 3:20 pm, 5:24 pm and 8:10 pm

lxxxii.  July 17, 2012 at 1:55 pm, 4:40 pm and 6:32 pm

lxxxiii.  July 18, 2012 at 8:36 am, 10:58 am, 12:21 pm, 1:42 pm, 4:52 pm, 5:59 pm and
8:08 pm

lxxxiv.  July 19, 2012 at 8:46 am, 9:54 am, 11:28 am, 1:28 pm, 3:19 pm, 5:25 pm and
7:35 pm

lxxxv.  July 20, 2012 at 7:10 pm

lxxxvi.  July 21, 2012 at 8:26 am and 10:17 am

lxxxvii.  July 22, 2012 at 7:28 pm

lxxxviii.   July 23, 2012 at 8:56 am, 12:48 pm, 2:25 pm, 4:12 pm, 6:04 pm, 7:07 pm and 8:12 pm

lxxxix.   July 24, 2012 at 12:43 pm, 4:29 pm, 5:50 pm and 6:04 pm

xc.   July 26, 2012 at 8:37 am, 11:24 am, 12:40 pm, 2:25 pm, 3:44 pm, 4:54 pm, 7:09 and 8:54 pm

xci.   July 27, 2012 at 833 am, 10:11 am, 2:15 pm, 6:15 pm and 8:07 pm

xcii.   July 28, 2012 at 10:13 am, 11:37 am and 1:19 pm

xciii.   July 30, 2012 at 8:45 am, 1:54 pm, 2:56 pm 4:14 pm, 5:17 pm, 7:02 pm, 7:03p pm and 8:08 pm

xciv.   July 31, 2012 at 8:52 am, 12:29 pm, 2:33 pm, 4:16 pm, 5:46 pm and 6:52 pm

xcv.   August 1, 2012 at 4:37 pm and 7:05 pm

xcvi.   August 2, 2012 at 10:16 am, 12:43 pm and 8:13 pm

xcvii.   August 3, 2012 at 10:50 am, 1:41 pm, 5:05 pm and 7:55 pm

xcviii.   August 4, 2012 at 7:18 pm

xcix.   August 7, 2012 at 1:59 pm

c.   August 8, 2012 at 3:20 pm

ci.   August 9, 2012 at 10:50 am and 5:00 pm

cii.   August 10, 2012 at 10:29 am and 8:47 pm

ciii.   August 11, 2012 at 10:10 am and 7:47 pm

civ.   August 12, 2012 at 7:54 pm

cv.   August 13, 2012 at 2:15 pm and 8:49 pm

cvi.   August 14, 2012 at 8:40 pm and 8:45 pm

cvii.   August 15, 2012 at 9:51 am, 2:22 pm, 4:51 pm and 8:38 pm

cviii.   August 16, 2012 at 10:50 am, 12:30 pm, 4:14 pm and 8:34 pm

cix.   August 17, 2012 at 1:44 pm, 4:09 pm and 8:33 pm

cx.   August 18, 2012 at 9:43 am, 1:16 pm and 7:36 pm

cxi.   August 20, 2012 at 1:55 pm, 4:21 pm and 8:31 pm

cxii.   August 21, 2012 at 2:25 pm and 8:25 pm

cxiii.   August 22, 2012 at 10:33 am

cxiv.   August 23, 2012 at 12:41 pm, 4:06 pm and 8:21 pm

cxv.   August 24, 2012 at 1:47 pm, 4:01 pm and 8:21 pm

cxvi.   August 25, 2012 at 9:55 am and 7:24 pm

cxvii.   August 26, 2012 at 7:29 pm

cxviii.   August 27, 2012 at 1:43 pm and 8:20 pm

cxix.   August 28, 2012 at 3:21 pm and 7:31 pm

cxx.   August 29, 2012 at 10:27 am and 8:13 pm

cxxi.   August 30, 2012 at 11:57 am and 8:08 pm

cxxii.   August 31, 2012 at 3:39 pm and 5:06 pm

cxxiii.   September 2, 2012 at 7:21 pm

cxxiv.   September 3, 2012 at 8:11 pm

cxxv.   September 4, 2012 at 6:12 pm and 7:53 pm

cxxvi.   September 5, 2012 at 8:14 am, 10:48 am, 4:27 pm, 7:05 pm and 8:00 pm

cxxvii.   September 6, 2012 at 8:24 am, 1:06 pm and 7:04 pm

cxxviii.   September 7, 2012 at 12:40 pm and 2:56 pm

cxxix.   September 8, 2012 at 8:07 am, 8:36 am, 9:51 am, 11:59 am and 6:05 pm

cxxx.   September 9, 2012 at 6:08 pm

cxxxi.       September 10, 2012 at 2:24 pm, 2:25 pm, 5:32 pm and 7:14 pm

cxxxii.      September 11, 2012 at 8:14 am, 9:43 am and 2:49 pm

cxxxiii.     September 12, 2012 at 8:16 am, 10:26 am, 1:03 pm, 1:58 pm and 7:54 pm

cxxxiv.      September 13, 2012 at 8:25 am, 1:58 pm,3:52 pm and 7:22 pm

cxxxv.       September 14, 2012 at 9:32 am, 12:18 pm, 1:29 pm, 3:15 pm, 3:48 pm and 720
             pm

cxxxvi.      September 15, 2012 at 8:07 am

cxxxvii.     September 16, 2012 at 12:28 pm, 1:25 pm, 3:15 pm and 7:25 pm

cxxxviii.    September 18, 2012 at 4:22 pm and 7:16 pm

cxxxix.      September 19, 2012 at 8:15 am, 8:35 am, 9:58 am, 12:05 pm, 3:17 pm 4:18 pm
             and 5:42 pm

cxl.         September 20, 2012 at 3:37 pm, 5:47 pm and 7:38 pm

cxli.        September 21, 2012 at 8:19 am, 8:49 am, 12:51 pm, 3:12 pm, 3:14 pm and 4:58
             pm

cxlii.       September 22, 2012 at 4:33 pm and 7:55 pm

cxliii.      September 23, 2012 at 4:37 pm and 8:03 pm

cxliv.       September 24, 2012 at 8:45 am, 1:10 pm, 6:28 pm and 7:45 pm

cxlv.        September 25, 2012 at 2:09 pm, 2:51 pm, 5:39 pm and 7:12 pm

cxlvi.       September 26, 2012 at 8:14 am and 9:36 am

cxlvii.      September 27, 2012 at 4:21 pm and 6:18 pm

cxlviii.     September 28, 2012 at 8:15 am, 9:25 am, 11:17 am, 12:17 pm, 2:14 pm, 2:58 pm
             and 4:14

cxlix.       September 29, 2012 at 12:17 pm, 4:07 pm and 4:14 pm

cl.      October 1, 2012 at 11:37 am

cli.     October 2, 2012 at 3:52 pm

clii.    October 3, 2012 at 8:27 am, 5:03 pm, 7:30 pm and 8:57 pm

cliii.   October 5, 2012 at 8:33 pm and 8:53 pm

cliv.    October 6, 2012 at 4:09 pm

clv.     October 7, 2012 at 4:12 pm

clvi.    October 8, 2012 at 8:36 am, 9:43 am, 12:42 pm, 5:12 pm and 6:28 pm

clvii.   October 9, 2012 at 4:45 pm

clviii.  October 10, 2012 at 4:37 pm and 8:49 pm

clix.    October 11, 2012 at 4:26 pm

clx.     October 12, 2012 at 8:28 am and 12:52 pm

clxi.    October 15, 2012 at 4:20 pm

clxii.   November 2, 2012 at 11:44 am

12.     SALLIE MAE, INC called the Plaintiff over five hundred and sixty (560) times between April 2012 and April 2013, in an attempt to collect a debt.

13.     A number of times during this period, Plaintiff asked for the calls to stop.

14.     In April 2013, Plaintiff sent SALLIE MAE, INC., a written request that all calls to her cellular telephone cease.

15.     In May 2013, SALLIE MAE, INC. notified Plaintiff that they had received her written request.

16.     Despite knowledge of the harassing phone calls, SALLIE MAE, INC. still continued to bombard Plaintiff's cellular telephone with calls in an attempt to collect a debt.

17.     Due to the onslaught of calls received, Plaintiff was unable to catalogue every call however, listed below is a sampling of the call volume Plaintiff received after SALLIE MAE, INC., was notified to cease all calls:

     i.     June 3, 2013 at 5:32 pm

     ii.     June 4, 2013 at 12:09 pm and 1:52 pm

     iii.     June 5, 2013 at 1:42 pm

     iv.     June 6, 2013 at 8:59 am, 11:35 am and 6:50 pm

     v.     June 7, 2013 at 12:59 pm

     vi.     June 10, 2013 at 2:31 pm and 4:57 pm

     vii.     June 11, 2013 at 12:29 pm

     viii.     June 12, 2013 at 2:31 pm and 4:57 pm

     ix.     June 13, 2013 at 8:45 am

     x.     June 14, 2013 at 12:57 pm

     xi.     June 17, 2013 at 1:39 pm and 7:26 pm

     xii.     June 18, 2013 at 12:23 pm

     xiii.     June 19, 2013 at 12:43 pm, 6:25 pm and 7:43 pm

     xiv.     June 20, 2013 at 8:27 am and 6:42 pm

     xv.     June 21, 2013 at 12:47 pm

     xvi.     June 24, 2013 at 12:32 pm and 5:55 pm

     xvii.     June 25, 2013 at 2:27 pm

     xviii.     June 26, 2013 at 2:07 pm and 4:24 pm

     xix.     June 27, 2013 at 6:47 pm

     xx.     June 29, 2013 at 10:32 am and 12:45 pm

xxi.    July 1, 2013 at 6:39 pm

xxii.    July 5, 2013 at 12:52 pm

xxiii.    July 8, 2013 at 12:19 pm

xxiv.    July 11, 2013 at 3:32 pm

xxv.    July 12, 2013 at 4:54 pm

xxvi.    July 13, 2013 at 4:21 pm

xxvii.    July 14, 2013 at 8:38 pm

xxviii.    July 15, 2013 at 1:02 pm

xxix.    July 16, 2013 at 8:33 pm

xxx.    July 17, 2013 at 10:21 am

xxxi.    July 18, 2013 at 6:48 pm

xxxii.    July 19, 2013 at 10:28 am and 7:47 pm

xxxiii.    July 22, 2013 at 10:53 am and 8:58 pm

xxxiv.    July 23, 2013 at 5:10 pm and 8:22 pm

xxxv.    July 24, 2013 at 12:15 pm

xxxvi.    July 25, 2013 at 12:26 pm and 8:22 pm

xxxvii.    July 26, 2013 at 9:47 am and 10:06 am

xxxviii.    July 28, 2013 at 7:49 pm

xxxix.    July 29, 2013 at 5:37 pm

xl.    July 30, 2013 at 5:43 pm and 8:35 pm

xli.    July 31, 2013 at 8:45 am

xlii.    August 5, 2013 at 7:30 pm

xliii.    August 6, 2013 at 7:37 pm

xliv.    August 7, 2013 at 7:21 pm

xlv.    August 8, 2013 at 6:36 pm

xlvi.    August 12, 2013 at 6:29 pm

xlvii.    August 13, 2013 at 2:53 pm

xlviii.    August 14, 2013 at 2:21 pm and 6:31 pm

xlix.    August 15, 2013 at 5:45 pm and 7:32 pm

l.    August 16, 2013 at 1:58 pm

li.    August 19, 2013 at 2:39 pm and 6:51 pm

lii.    August 20, 2013 at 2:06 pm and 5:46 pm and 7:30 pm

liii.    August 21, 2013 at 1:48 pm and 5:52 pm

liv.    August 22, 2013 at 11:55 am and 5:42 pm and 7:47 pm

lv.    August 23, 2013 at 10:59 am

lvi.    August 26, 2013 at 1:26 pm and 2:51pm and 5:34 pm and 7:32 pm and 8:56 pm

lvii.    August 27, 2013 at 1:44 pm

lviii.    August 28, 2013 at 1:36 pm and 5:40 pm, and 7:24 pm

lix.    August 29, 2013 at 10:51 am and 2:03 pm and 4:50 pm and 6:52 pm and 8:47 pm

lx.    August 30, 2013 at 8:53 am, 1:43 pm, and 5:23 pm

lxi.    August 31, 2013 at 1:28 pm

lxii.    September 5, 2013 at 7:54 pm

lxiii.    September 9, 2013 at 7:29 pm

lxiv.    September 10, 2013 at 6:57 pm

lxv.    September 11, 2013 at 2:43 pm and 7:51 pm

lxvi.    September 12, 2013 at 6:23 pm

lxvii.    September 13, 2013 at 2:35 pm

lxviii.   September 14, 2013 at 2:39 pm

lxix.    September 16, 2013 at 5:36 pm and 7:15 pm

lxx.    September 17, 2013 at 5:50 pm and 7:55 pm

lxxi.    September 18, 2013 at 2:56 pm and 6:08 pm

18.    SALLIE MAE, INC. has continued to bombard Plaintiff with telephone calls through the date of filing of this Complaint.

19.    SALLIE MAE, INC called the Plaintiff in excess of four hundred (400) times since SALLIE MAE, INC. received the request for the calls to Plaintiff's cellular telephone to cease.

20.    SALLIE MAE, INC. has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as they did to the Plaintiff's cellular telephone in this case.

21.    The SALLIE MAE, INC. has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case, with no way for the consumer, or SALLIE MAE, INC. to remove the incorrect number.

22.    SALLIE MAE, INC.'s corporate policy is structured as to continue to call individuals like the Plaintiff, despite these individuals explaining to SALLIE MAE, INC. that they are the wrong party.

23.    SALLIE MAE, INC.'s corporate policy provided no means for the Plaintiff to have his number removed from the call list.

24.    SALLIE MAE, INC. has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not owe the alleged debt.

25.    SALLIE MAE, INC.'s corporate policy is structured as to continue to call individuals like Plaintiff, despite these individuals explaining to SALLIE MAE, INC. that they are the wrong party.

26.    It is SALLIE MAE, INC.'s standard practice to call cellular telephones without the expressed consent of the holder of the phone including both call made to the wrong party and calls the phones of individuals who have requested that calls cease.

27.    Plaintiff did not expressly consent to SALLIE MAE, INC.'s placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a prerecorded or artificial voice prior to SALLIE MAE, INC.'s placement of the calls.

28.    SALLIE MAE, INC. has received complaints from other non-borrowers regarding its unwillingness to cease calls to incorrect parties.

29.    SALLIE MAE, INC.  has received complaints from other consumers regarding its calls to cellular telephones without consent or after requests for calls to stop.

30.    SALLIE MAE, INC. is aware of numerous complaints made to regulatory authorities regarding its phone practices.

31.    None of SALLIE MAE, INC.'s telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

32.    SALLIE MAE, INC. willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

### COUNT I
### (Violation of the Telephone Consumer Protection Act "TCPA")

33.    Plaintiff incorporates Paragraphs 1 through 32.

34.    SALLIE MAE, INC repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice

15

without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against SALLIE MAE, INC for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the Florida Consumer Collection Practices Act "FCCPA")

35.  Plaintiff re-alleges paragraphs 1 through 32 above and further states:

36.  At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

37.  Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to harass the debtor.

36.  Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse the debtor.

37.  Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

*[Remainder of page intentionally left blank.]*

Respectfully submitted,

Jared M. Lee, Esquire
Morgan & Morgan, P.A.
20 N. Orange Ave.
Orlando, FL 32801
Tele: (407) 420-1414
Fax:  (407) 245-3485
JLee@ForThePeople.com
Florida Bar #:  0052284
Attorney for Plaintiff

17