**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHANIE DYKINS,

        Plaintiff,

v.                                         Case No. 6:14-cv-741-Orl-37GJK

NAVIENT SOLUTIONS, INC.,

        Defendant.

_____

**ORDER**

This cause is before the Court on the following:

1.    Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Stay Proceedings, and Compel Arbitration and Incorporated Memorandum of Law (Doc. 10), filed June 24, 2014; and

2.    Joint Motion to Stay and Administratively Close Case (Doc. 22), filed July 18, 2014.

Upon consideration, it is hereby **ORDERED AND ADJUDGED**:

1.    Joint Motion to Stay and Administratively Close Case (Doc. 22) is **GRANTED**.

2.    The parties are **DIRECTED** to formally submit to arbitration on or before **August 13, 2014**.

3.    The parties are **DIRECTED** to file a status report with the Court on or before **November 12, 2014**, and every 90 days thereafter until conclusion of the arbitration.

4.    The Clerk is **DIRECTED** to administratively close this action pending

completion of the parties' arbitration.

5.     Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Stay Proceedings, and Compel Arbitration and Incorporated Memorandum of Law (Doc. 10) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 22, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record