**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHANIE DYKINS,**

    **Plaintiff,**

**v.**                                                        **Case No:   6:14-cv-741-Orl-37GJK**

**NAVIENT SOLUTIONS, INC.,**

    **Defendant.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 44), filed April 4, 2016.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), the Motion is **GRANTED.**   This case is hereby **DISMISSED**, with each party to bear its own fees and costs.   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 19th day of April, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record